

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Tommy Doyle Chambliss,

\* From the 32nd District Court
of Nolan County,
Trial Court Nos. 13039, 13354,
13355, & 13356.

Vs. No. 11-21-00046-CR

\* March 9, 2023

The State of Texas,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgments below. Therefore, in accordance with this court's opinion, we reverse the judgments of conviction in trial court cause nos. 13355 and 13356, and we render a judgment of acquittal in both of those causes. We affirm the judgments in trial court cause nos. 13039 and 13354.